**Brett H. Klein, Esq., PLLC**
305 Broadway, Suite 600
New York, New York 10007
T: (212) 335-0132 F: (212) 335-0571

October 11, 2018

**BY ECF**

The Honorable A. Kathleen Tomlinson
United States Magistrate Judge
100 Federal Plaza
Central Islip, New York 11722

  Re: *William Dougherty v. County of Suffolk, et al.,* 13 CV 6493 (AKT)

Dear Magistrate Judge Tomlinson:

  I represent the plaintiff in the above-referenced civil rights action. I write to request that plaintiff's time to respond to defendants' post-trial motion be extended by thirty days, from October 12, 2018, to November 12, 2018.

  The reason for this request is that the parties are engaged in ongoing good faith settlement discussions and may be able to resolve the case in the coming days. Further I am on trial this week and my office had been preparing a second case to be tried which was scheduled to begin next week.

  Thank you for your consideration.

                Respectfully,

                s/ Brett Klein

                Brett H. Klein

cc: Kyle Wood, Esq.