**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
WILLIAM A. DOUGHERTY,

                              Plaintiff,

                                                        **ORDER**

       - against -

                                                        CV 13-6493 (AKT)

COUNTY OF SUFFOLK, SUFFOLK COUNTY
SHERIFF'S OFFICE, RAMONA TORRES,
individually, JOHN GARGIULO, individually,
DENISE NEEDHAM, individually, THOMAS
WILSON, individually, SALVATORE
SALVAGGIO, individually, MICHAEL
PFENNIN, individually, KENNETH WARNER,
individually, and JOHN and JANE DOE 1 – 10,
individually,

                              Defendants.
-----------------------------------------------------------X

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

       The Court has reviewed the letter motion of Plaintiff's counsel seeking a further extension of the deadline to reply to Defendants' post-trial motion. *See* DE 114. The Court points out that the verdict in this case was entered on April 30, 2018, some nine months ago. This is the fifth motion filed since that time seeking extensions of the briefing schedule. The Court is aware of and appreciates the parties' efforts to try to resolve this case without the necessity of adjudicating post-trial motions. However, this matter needs to be brought to a conclusion. The Court is granting the motion for an extension, but is also placing the parties on notice that there will be no further extensions. The deadline for Plaintiff's opposition to Defendants' post-trial motion is extended for one final time to February 1, 2019.

**SO ORDERED.**

Dated: Central Islip, New York
December 13, 2018

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
U.S. Magistrate Judge